UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 08-61790-CIV-COHN

QUALITY DATA SYSTEMS, INC., a
Virginia corporation,

    Plaintiff,

vs.

FINANCIAL BUSINESS EQUIPMENT
SOLUTIONS, INC., a Florida corporation,

    Defendant.
_____/

FINANCIAL BUSINESS EQUIPMENT
SOLUTIONS, INC., a Florida corporation,

    Counter-Plaintiff and Third Party Plaintiff,

vs.

BILLCON CORPORATION OF AMERICA,
a California corporation and
QUALITY DATA SYSTEMS, INC.,
a Virginia corporation,

    Third Party Defendant
    and Counter-Defendant.
_____/

## ORDER GRANTING MOTIONS TO DISMISS

THIS CAUSE is before the Court upon Plaintiff Quality Data Systems, Inc.'s Supplemental Memorandum [DE 31], Third-Party Defendant Billcon's Motion to Dismiss [DE 24], and Plaintiff's Motion for Involuntary Dismissal of Counterclaim [DE 26]. The Court has carefully considered all of the motions and is otherwise advised in the premises.

This Court entered an order on May 18, 2009, directing Defendant Financial

Business Equipment Solutions, Inc. ("FBES") to respond by May 28, 2009 to both Plaintiff and the third-party Defendant's motions to dismiss the counterclaim and third-party complaint, respectively. The original deadline for responding to these motions had long since passed, but because FBES's counsel had sought to withdraw, in the same order denying the motion to withdraw, the Court set a final deadline for FBES to response. FBES has not responded to either motion. The Court will therefore grant both motions to dismiss by default.

The Court had also directed Plaintiff Quality Data Systems (QDS) to file a supplemental memorandum regarding the attorney's fees they were seeking to collect pursuant to Rule 41(d) of the Federal Rules of Civil Procedure. In the supplemental finding, however, QDS suggests that if the counterclaim is dismissed with prejudice, then it will not have to relitigate the claims from the prior action.

The Court concludes that it is appropriate to grant the pending motions to dismiss at this time, and to relieve QDS of filing any further supplementation to its attorney's fees request.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Third-Party Defendant Billcon's Motion to Dismiss [DE 24] and Plaintiff's Motion for Involuntary Dismissal of Counterclaim [DE 26] are hereby **GRANTED**;

2. FBES's Counterclaim and Third-Party Complaint are hereby **DISMISSED with prejudice** for the reasons stated in the motions to dismiss.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of June, 2009.

_James J. Cohn_
JAMES I. COHN
United States District Judge

2

Copies furnished to:

Daniel Matlow, Esq./Steven Marcus, Esq.
Jeff Barnes, Esq.
Alexander Brown, Esq./Amy Galloway, Esq.
Gregg A. Rapoport, Esq.